UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                           Case Number 04-46851 JHW

Debtor: Catherine A. Taylor

| Check Number | Creditor | Amount |
|---|---|---|
| 1728532 | Barclays Capital Real Estate, Inc. | 1559.53 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2011